IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| PATRICE CASH-SPRIGGS<br>5656 Beale Churchton Road<br>Churchton, MD 20733<br><br>**Plaintiff**<br><br>v.<br><br>HOME DEPOT, U.S.A., INC.<br>2455 Paces Ferry Road<br>Atlanta, GA 30339<br><br>SERVE: CSC- Lawyers Incorporating<br>    Service Company<br>    7 St. Paul Street, Suite 1660<br>    Baltimore, MD 21202<br><br>**Defendant** | **FILED**<br><br>JUN 15 2010<br><br>CLERK OF THE CIRCUIT COURT<br>FOR PRINCE GEORGES COUNTY, MD.<br><br>Civil No: _____ |

## COMPLAINT

COMES NOW the Plaintiff, Patrice Cash-Spriggs, by and through her undersigned attorneys, Jonathan S. Beiser and Ashcraft & Gerel, LLP, and by way of Complaint against the Defendant, Home Depot, U.S.A., Inc., states the following:

### COUNT I
### Negligence

1. On or about July 20, 2007, the Plaintiff, Patrice Cash-Spriggs, was employed as a sales merchandiser for B & F Enterprises, Inc.

2. On the aforementioned date, the Plaintiff, Patrice Cash-Spriggs, was assigned to the Home Depot store, located in Bowie, Maryland, as a part of her duties as a sales merchandiser for B & F Enterprises, Inc.

3. At the same time and place, an agent, servant and/or employee of the Defendant, Home Depot, U.S.A., Inc., was in the process of stocking shower faucets, requiring the use of a

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-5132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-347-1261


EXHIBIT 1

12-foot ladder. Upon information and belief, the Plaintiff was working in close proximity to the 12-foot ladder at the time of this incident.

4. The Plaintiff, Patrice Cash-Spriggs, while exercising due care and without any contributory negligence, was injured when the agent, servant and/or employee of the Defendant failed to secure a box of shower faucets, causing it to fall off the ladder, striking the Plaintiff on the aforementioned date.

5. The Defendant, Home Depot, U.S.A., Inc., owned, operated, controlled, leased and/or held themselves out as owners of the property known as the Home Depot store in Bowie, Maryland, where the Plaintiff, Patrice Cash-Spriggs, was injured on the aforementioned date.

6. The Defendant, Home Depot, U.S.A., Inc., held itself open to the public for the purpose of doing business with the public.

7. The Defendant, Home Depot, U.S.A., Inc., by and through its agents, servants and/or employees, had a number of duties it owed to the Plaintiff, including, but not limited to a duty to (a) refrain from creating hazardous conditions, (b) inspect the premises to discover any unreasonably dangerous conditions which they knew or had reason to know existed, (c) post warnings about any unsafe or unreasonably dangerous conditions in such a way as to ensure that the persons intended to be protected by those warnings would, in fact, be able to see the same and appropriately adjust their conduct, and (d) to otherwise ensure that the premises were maintained in a reasonably safe condition such that no unreasonable threat of harm would be posed to invitees, customers, visitors or others on the premises.

8. The Plaintiff, Patrice Cash-Spriggs, was properly on the premises as a business invitee of the Defendant.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

3

9. The Defendant, Home Depot, U.S.A., Inc., by and through its agents, servants and/or employees, had a duty to perform the necessary inspections, evaluations, warnings and remediation, to discover and avoid the dangers which had been created or existed and to take any and all other measures to ensure safe premises for those persons who would be lawfully walking thereon.

10. The Defendants breached all of the aforesaid duties.

11. As a direct and proximate result of the negligent acts of the Defendant, the Plaintiff, Patrice Cash-Spriggs, sustained severe and permanent injuries, which have caused and will continue to cause her severe physical pain and suffering, mental anguish, permanent disability, impairment and disfigurement.

12. As a further direct and proximate result of the Defendant's negligence, the Plaintiff has incurred substantial sums of money for medical care and attention and other expenses directly attributable to the incident.

13. As a further direct and proximate result of the Defendant's negligence, the Plaintiff has suffered a loss of earnings and earning capacity.

WHEREFORE, the Plaintiff, Patrice Cash-Spriggs, prays for judgment against the Defendant, Home Depot, U.S.A., Inc., in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) plus interest and costs of suit herein.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

4

Respectfully submitted,

ASHCRAFT & GEREL, LLP

_____
Jonathan S. Belser
11300 Rockville Pike, Suite 1002
Rockville, MD 20852
(301) 770-3737
Attorney for the Plaintiff

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0530

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261